# United States Court of Appeals for the Federal Circuit

_____

**UNITED STATES,**
*Plaintiff-Appellant*

**v.**

**AEGIS SECURITY INSURANCE CO.,**
*Defendant-Appellee*

_____

2025-2009

_____

Appeal from the United States Court of International Trade in No. 1:22-cv-00327-JAR, Senior Judge Jane A. Restani.

_____

**ON MOTION**

_____

PER CURIAM.

**O R D E R**

The United States moves for a 14-day extension of time, until January 26, 2026, to file the opening brief, stating that Aegis Security Insurance Co. does not consent to the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions of time for the opening brief will be granted.

FOR THE COURT

January 9, 2026
Date

Jarrett B. Perlow
Clerk of Court