No. 25-2009

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

UNITED STATES,

    *Plaintiff-Appellant*,

v.

AEGIS SECURITY INSURANCE CO.,

    *Defendant-Appellee*.

On Appeal from the United States Court of International Trade
No. 1:22-cv-00327-JAR, Hon. Jane A. Restani, Senior Judge

## DEFENDANT-APPELLEE'S RESPONSE TO
## APPELLANT'S THIRD MOTION FOR EXTENSION OF TIME
## TO FILE OPENING BRIEF

| | |
|---|---|
| Jason M. Kenner | Jeffrey M. Telep |
| SANDLER, TRAVIS & | Amy R. Upshaw |
| ROSENBERG, P.A. | K. Paige Tenkhoff |
| 675 Third Avenue | KING & SPALDING LLP |
| Suite 1805-06 | 1700 Pennsylvania Avenue NW |
| New York, NY 10017 | Suite 900 |
| (212) 549-0137 | Washington, DC 20006 |
| | (202) 737-0500 |
| | jtelep@kslaw.com |

*Counsel for Defendant-Appellee*

January 9, 2026

# CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4, counsel for Defendant-Appellee certifies the following:

1. The full name of the party represented by me:

    Aegis Security Insurance Co.

2. The names of the real parties in interest represented by me:

    N/A.

3. Parent corporations and publicly held companies that own 10% or more of stock in the party:

    Endeavor Capital Fund Patrick Kilkenny and LD Investments LLC are the parent corporations for Aegis. There are no publicly traded companies that own equity in Aegis.

4. The names of all firms and the partners or associates that appeared for the party now represented by me in the trial court or are expected to appear in this Court (and who have not or will not enter an appearance in this case) are:

    N/A.

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal:

    *United States v. Aegis Sec. Ins. Co.*, No. 25-cv-00051 (Ct. Int'l Trade filed Feb. 28, 2025);

    *United States v. XL Specialty Ins. Co.*, No. 25-cv-00154 (Ct. Int'l Trade filed July 17, 2025).

6. The organizational victims and bankruptcy cases applicable to this appeal:

   N/A.

Date: January 9, 2026

*/s/ Jeffrey M. Telep*
Jeffrey M. Telep

*Counsel for Defendant-Appellee*

# DEFENDANT-APPELLEE'S RESPONSE TO APPELLANT'S THIRD MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Aegis Security Insurance Co. ("Aegis") acknowledges and respects that the Court granted the Government's third request for an extension. Dkt. 13. Aegis files this response, however, to provide the Court with context for why it opposed that request.

The Government has now had nearly seven months to write its brief. The district court entered its decision on June 11, 2025. *See United States v. Aegis Sec. Ins. Co.*, No. 22-cv-00327 (Ct. Int'l Trade June 11, 2025), Dkt. 54. This Court previously granted two extensions—one for 59 days (Dkt. 9) and one for 31 days (Dkt. 11)—and has now granted a third extension.

The Government's delay has prejudiced Aegis. The Government has now lost three similar cases in the district court—two of which the Government never appealed. *United States v. Am. Home Assurance Co.* (*AHAC*), 653 F. Supp. 3d 1277, 1280-81 (Ct. Int'l Trade 2023); *United States v. Aegis Sec. Ins. Co.* (*Aegis I*), 693 F. Supp. 3d 1328, 1336 (Ct. Int'l Trade 2024); *United States v. Aegis Sec. Ins. Co.* (*Aegis II*), 2025 WL

1650025, at *3 (Ct. Int'l Trade June 11, 2025).[1] Yet the Government has continued to pursue unlawful and unwarranted collections against Aegis. *See, e.g.*, *United States v. Aegis Sec. Ins. Co.*, No. 25-cv-00051 (Ct. Int'l Trade Feb. 28, 2025), Dkt. 1.

If the Government fails to abide by its current deadline, Aegis asks that this Court dismiss the appeal for failure to prosecute. *See Julien v. Zeringue*, 864 F.2d 1572, 1574 (Fed. Cir. 1989) ("failure to comply with this court's rules, including the requirements for preparing and filing briefs, appendices and other papers, may result in dismissal of an appeal for failure to prosecute"); *Stotler & Co. v. Able*, 837 F.2d 1425, 1427 (7th Cir. 1988) ("Orders fixing the schedule for briefing an appeal must be obeyed if the business of the federal courts is to be conducted with appropriate dispatch[.]"). This Court previously informed the Government that "[n]o further extensions … should be anticipated," Dkt. 11 at 2, and it has now ordered that "[n]o further extensions … will be granted," Dkt. 13 at 2. Aegis respectfully requests that the Court enforce that limit.

---

[1] This case is the subject of the present appeal.

Dated: January 9, 2026

Respectfully submitted,

*/s/Jeffrey M. Telep*

| | |
|---|---|
| Jason M. Kenner | Jeffrey M. Telep |
| SANDLER, TRAVIS & | Amy R. Upshaw |
| ROSENBERG, P.A. | K. Paige Tenkhoff |
| 675 Third Avenue | KING & SPALDING LLP |
| Suite 1805-06 | 1700 Pennsylvania Avenue NW |
| New York, NY 10017 | Suite 900 |
| (212) 549-0137 | Washington, DC 20006 |
| | (202) 737-0500 |
| | jtelep@kslaw.com |

*Counsel for Defendant-Appellee*

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(a)(7)(C), undersigned counsel certifies that this response:

(i) complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) and Federal Circuit Rule 27(a) because it contains 385 words, including footnotes and excluding the parts of the brief exempted by Federal Circuit Rule 32(b) and Federal Rule of Appellate Procedure 32(f); and

(ii) complies with the typeface and style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because this document has been prepared using Microsoft Office Word 365 ProPlus and is set in 14-point Century Schoolbook font.

Date: January 9, 2026

*/s/ Jeffrey M. Telep*
Jeffrey M. Telep

*Counsel for Defendant-Appellee*